RECEIVED CLERK
MAR 0 6 2015
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
2015 MAR 18 A 9:43
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

PLAINTIFF,

Stephen Lawrence Dean

Vs.

DEFENDANTS

Todd F. Anderson
Corey Thomas
Rhett Kimball
Arresting Officer (name unknown)
Booking Officer 1 (name unknown)
Booking Officer 2 (name unknown)
Booking Officer 3 (name unknown)
Robert Dekker
Stanley K. Robison
Barbara Clark
Bailiff Kimball
Bailiff (name unknown)
Robert Droubay
Gayle K. Bunker
Nannette Rolfe

**CASE NUMBER**

Case: 2:15cv00151
Assigned To : Jenkins, Bruce S.
Assign. Date : 3/6/2015
Description: Dean v. Anderson et al

Stephen Lawrence Dean

449 East Williams Avenue, Salt Lake City. Utah  84111

PLAINTIFF Pro Se.

**U.S. District Court,**

**District of Utah**

**351 South West Temple, Room 1.100, Salt Lake City, Utah  84101**

Stephen Lawrence Dean

PLAINTIFF

v.

DEFENDANTS

Todd F. Anderson

Corey Thomas

Rhett Kimball

Arresting Officer (name unknown) in case number 141100032 of the Delta City Justice Court

Booking Officer 1. (name unknown) in case number 141100032 of the Delta City Justice Court

Booking Officer 2. (name unknown) in case number 141100032 of the Delta City Justice Court

Booking Officer 3. (name unknown) in case number 141100032 of the Delta City Justice Court

Robert Dekker

Stanley K. Robison

Barbara Clark

Bailiff Kimball

Bailiff (name unknown) in case number 141100032 of the Delta City Justice Court

Robert Droubay

Gayle K. Bunker

Nannette Rolfe

>**Jury is hereby Demanded and Complaint for Money Damages for:**
>
>**Deprivation of Constitutional Rights,**
>
>**Conspiracy to Deprive Plaintiff of  Constitutional Rights, and**
>
>**Failure to Protect Plaintiff from Conspiracy to Deprive Plaintiff of his Constitutional Rights.**

1.  Comes now the Plaintiff above named in his own natural person and complains against Defendants above named for depriving Plaintiff of constitutional rights under color of State Law, custom or usage, conspiracy to so deprive and/or failure, neglect or refusal to protect plaintiff from said conspiracy although it was within their power to do so.

2.  This Court has jurisdiction under 42 U.S.C. 1983, 1985.

3.  Plaintiff, individuals named and Defendants are citizens and residents of the State of Utah.

5.  Defendant, Todd F. Anderson, Prosecuting Attorney,

Anderson Law Center, P.C.
259 North Hwy 6
P.O. Box 183
Delta, Utah
84624

6.  Defendant, Officer Corey Thomas, Millard County Sheriff's Office,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

7.  Defendant, Sargent Rhett Kimball, Millard County Sheriff's Office,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

8.  Defendant, Arresting Officer (name unknown) in Case Number 141100032 of the Delta City Justice Court,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

9.  Defendant, Booking Officer 1 (name unknown) in Case Number 141100032 of the Delta City Justice Court,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

10. Defendant, Booking Officer 2 (name unknown) in Case Number 141100032 of the Delta City Justice Court,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

11.     Defendant, Booking Officer 3 (name unknown) in Case Number 141100032 of the Delta City Justice Court,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

12.     Defendant, Sheriff Robert Dekker, Millard County Sheriff's Office,

Millard County Sheriff's Office
765 South Highway 99
Fillmore, Utah
84631

13.     Defendant, Judge Stanley K. Robison, Delta City Justice Court,

Delta Justice Court
76 North 200 West
Delta, Utah
84624

14.     Defendant, Clerk Barbara Clark, Delta City Justice Court,

Delta Justice Court
76 North 200 West
Delta, Utah
84624

15.     Defendant, Bailiff Kimball, Delta City Justice Court,

Delta Justice Court
76 North 200 West
Delta, Utah
84624

16.     Defendant, Bailiff (name unknown) in case number 141100032 of the Delta City Justice Court,

Delta Justice Court
76 North 200 West
Delta, Utah
84624

17.     Defendant, Robert Droubay, Owner of Droubay Towing,

Droubay Chevrolet Buick
348 West Main
Delta, Utah
84624

18.     Defendant, Mayor Gayle K. Bunker, Delta City,

Delta City
76 North 200 West
Delta, Utah
84624-9440

19.     Defendant, Director Nannette Rolfe, Driver License Division,

Driver License Division
P.O. Box 144501
Salt Lake City, Utah
84114-4501

20.     By Law, Article IV Section 10 of the Utah State Constitution, Defendants, Todd F. Anderson, Corey Thomas, Rhett Kimball, Arresting Officer (name unknown), Booking Officer 1. (name unknown), Booking Officer 2. (name unknown), Booking Officer 3. (name unknown), Robert Dekker, Stanley K. Robison, Barbara Jean Clark, Bailiff Kimball, Bailiff (name unknown), Gayle K. Bunker and Nannette Rolfe have been required by Oath or affirmation, to support and defend Plaintiff's Constitutional rights when or where they claim to have jurisdiction over or official duties with the Plaintiff.

21.     The Plaintiff's automobile and property were searched on October 28th, 2014 by Officer Corey Thomas and Sargent Rhett Kimball of the Millard County Sheriff's Department without a Warrant violating Plaintiff's Fourth, Fifth and Fourteenth Amendment rights.

22.     The Plaintiff's automobile and property were seized on October 28th, 2014, by Droubay Towing without a Warrant violating Plaintiff's Fourth, Fifth and Fourteenth Amendment rights.
        **(See Attachment 1)**

23.     The Plaintiff was not served a summons to appear before a Judge or Magistrate violating Plaintiff's Fifth and Fourteenth Amendment rights.
        **(See Attachment 2)**

24.     On or about the 29th day of May, 2014, the Plaintiff was arrested by an Officer of the Millard County Sheriff's Office in Delta, Utah. The arresting Officer was aware of the Native American Medicine Man credentials and still chose to arrest the Plaintiff for Possession of Marijuana and Use or Possession of Drug Paraphernalia. Plaintiff's scheduled Native American Ceremony was interrupted, denied, and violated by the actions of many of the Defendants, violating Plaintiff's First, Fourth, Fifth Thirteenth and Fourteenth Amendment rights.
        **(See Attachment 3)**

25.     The Plaintiff served Jessica Anderson an Affidavit/Declaration of Truth document on July 11,

2014 to give to Defendant Todd F. Anderson. The Plaintiff filed this same document in the Delta City Justice Court on July 14, 2014. The Plaintiff's Affidavit/Declaration of Truth document has not been rebutted to this day.
   **(See Attachment 4)**

30.   The Plaintiff is still waiting to see a sworn affidavit signed by an injured party, this is a violation of Plaintiff's Fifth, and Fourteenth Amendment rights.

26.   The Plaintiff is still waiting to see a presentment or indictment from a Grand Jury, a violation of Plaintiff's Fifth and Fourteenth Amendment rights.

27.   After receiving a letter from the Delta City Justice Court the Plaintiff realized the court's intention to conduct a Bench Trial, the Plaintiff immediately call the court's general information phone number, 435-864-2759 and made a request for a Trial by Jury to a woman who said her name was Jodie Tasker.
   **(See Attachment 5)**

28.   Judge Stanley K. Robison denied the Plaintiff's demand for a Trial by Jury on October 24, 2014, and proceeded in conducting a Bench Trial without the consent of the Plaintiff violating Plaintiff's Fifth, Sixth, and Fourteenth Amendment rights.
   **(See Attachment 6)**

29.   As a result of the Plaintiff's prosecution, Plaintiff is now being denied the ability to engage in commercial activity upon the highways by Director Nannette Rolfe of the Utah Driver License Division, a violation of Plaintiff's Fifth and Fourteenth Amendment rights.
   **(See Attachment 7)**

31.   The Plaintiff has repeatedly challenged the jurisdiction of the Delta City Justice Court due to the lack of probable cause to stop the traveler of my automobile, the lack of a warrant to search and seize my property, the lack of a Summons to Appear prior to an Arrest Warrant, the lack of a sworn affidavit from an injured party, the lack of a presentment or indictment by a Grand Jury and several violations of Due Process of Law. The Plaintiff repeatedly demanded a Common Law court guaranteed by the Constitution for the United States in Article Three and specifically Amendment Seven. The Plaintiff has repeatedly declared that he is under threat and duress throughout the Delta City Justice Court proceedings because jurisdiction was being usurped by public servants clearly violating their Oath of Office by proceeding to deny Plaintiff's rights under Color of Law in a Constitutionally constrained, foreign court. This is a violation of Plaintiff's Fourth, Fifth, Sixth, Seventh, Eleventh and Fourteenth Amendment rights.

32.   The Plaintiff never gave Plaintiff's consent to having Plaintiff's rights violated and Plaintiff even asked the Defendant, Judge Stanley K. Robison, if he was going to honor his Oath of Office in the courtroom. When the Plaintiff realized that jurisdiction was being usurped over him by a constitutionally non-compliant court and Oath purging, predatory public servants, he asked everyone present if there were any Oath keepers in the room in order to arrest the rouge tyrant Judge, and now Defendant, Stanley K. Robison.
   **(See Attachment 8)**

33.   Plaintiff has experienced severe emotional, psychological and financial damages related to having several of Plaintiff's God Given, constitutionally guaranteed, unalienable and inherent rights vio-

lated and requests this Court to Demand Plaintiff receive restitution and compensation for these damages in the amount of $1,500,000.00.

**Complaint for Money Damages from Defendants:**

| | |
|---|---|
| Todd F. Anderson | $100,000.00 |
| Corey Thomas | $100,000.00 |
| Rhett Kimball | $100,000.00 |
| Arresting Officer (name unknown) | $100,000.00 |
| Booking Officer 1 (name unknown) | $100,000.00 |
| Booking Officer 2 (name unknown) | $100,000.00 |
| Booking Officer 3 (name unknown) | $100,000.00 |
| Robert Dekker | $100,000.00 |
| Stanley K. Robison | $100,000.00 |
| Barbara Clark | $100,000.00 |
| Bailiff Kimball | $100,000.00 |
| Bailiff (name unknown) | $100,000.00 |
| Robert Droubay | $100,000.00 |
| Gayle K. Bunker | $100,000.00 |
| Nannette Rolfe | $100,000.00 |

**Declaration Under Penalty Of Perjury**

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint, and that the information contained therein is true and correct to the best of Plaintiff's knowledge.

_____    March 6, 2015
Signature of Plaintiff Stephen Lawrence Dean                                Date

Each defendant named in this lawsuit will be notified of Plaintiff's lawsuit either in person or by the United States Postal Service with a true copy of this document with all of its attachments.

**Plaintiff's Affidavit/Declaration of Truth is Attachment 4.**