# EXHIBIT A

```
                     4TH DISTRICT COURT - MILLARD
                      MILLARD COUNTY, STATE OF UTAH


                  STATE OF UTAH vs. STEPHEN L DEAN
CASE NUMBER 141700148 Other Misdemeanor
_____
CHARGES
        Charge 1 - 58-37-8(2)(D) - POSS <1 OZ MARIJUANA, SPICE,
        CONTROLLED SUBSTANCE Class B Misdemeanor
        Offense Date: May 28, 2014
        Mandatory Appearance
        Charge 2 - 58-37A-5(1)(A) - USE OR POSSESSION OF DRUG
        PARAPHERNALIA Class B Misdemeanor
        Offense Date: May 28, 2014
        Mandatory Appearance



CURRENT ASSIGNED JUDGE
        JENNIFER A BROWN


PARTIES
        Defendant - STEPHEN L DEAN
        Plaintiff -  STATE OF UTAH
        Represented by: TODD F ANDERSON


DEFENDANT INFORMATION
        Defendant Name: STEPHEN L DEAN
        Offense tracking number: 11702214
        Date of Birth: April 19, 1968
        Law Enforcement Agency: MILLARD CO SHERIFF
        Prosecuting Agency: MILLARD COUNTY

ACCOUNT SUMMARY
        BAIL/CASH BONDS    Posted:       1,360.00
                        Forfeited:           0.00
                          Refunded:           0.00
                           Balance:       1,360.00
        BAIL/CASH BOND DETAIL - TYPE: BAIL
                        Posted By:  DELTA CITY, UTAH
                           Posted:       1,360.00
                        Forfeited:           0.00
Printed: 03/26/15 15:15:40          Page 1
```

```
CASE NUMBER 141700148 Other Misdemeanor
_____
                   Refunded:            0.00
                   Balance:         1,360.00

PROCEEDINGS
12-09-14 Case filed
12-09-14 Filed: From an Information
12-09-14 Judge JAMES BRADY assigned.
12-09-14 Filed: Information
12-09-14 PRETRIAL CONFERENCE scheduled on January 12, 2015 at 01:30 PM
         in Room #1 with Judge BRADY.
12-09-14 Filed: Notice of Appeal from Justice Court
12-09-14 Filed: File from Delta City Justice Court
12-09-14 Notice - NOTICE for Case 141700148 ID 16354028
         PRETRIAL CONFERENCE is scheduled.
              Date: 01/12/2015
              Time: 01:30 p.m.
              Location: Room #1
                        4TH DISTRICT COURT
                        765 S. HIGHWAY 99
                        FILLMORE, UT  84631
         Before Judge: JAMES BRADY
12-09-14 PRETRIAL CONFERENCE Modified.
12-09-14 Filed: Notice for Case 141700148 ID 16354028
12-09-14 PRETRIAL CONFERENCE scheduled on January 12, 2015 at 01:30 PM
         in Room #1 with Judge BRADY.
12-09-14 Filed: Certified Docket from Delta City Justice Court
12-16-14 Filed: Copy of Notice of Stay from Delta City Justice Court
12-19-14 Bail Account created      Total Due:        1360.00
12-19-14 Bail Posted               Payment Received:      1,360.00
12-22-14 Filed order: Request and Order for Electronic Media Coverage of
         Court Proceedings (Jake Allman) - DENIED
                 Judge JAMES BRADY
                 Signed December 22, 2014
12-22-14 Filed order: Request and Order for Electronic Media Coverage of
         Court Proceedings (Stephen L. Dean) - DENIED
                 Judge JAMES BRADY
                 Signed December 22, 2014
12-29-14 Filed: Trust Deposit Request
01-12-15 Minute Entry - Minutes for Pretrial Conference
Printed: 03/26/15 15:15:40              Page 2
```

CASE NUMBER 141700148 Other Misdemeanor
_____

    Judge:    LYLE R ANDERSON
    PRESENT
    Clerk:    sheris
    Prosecutor: TODD F ANDERSON
    Defendant

    Audio
       Tape Count: 1:25:08

    The case is an appeal from the Justice Court.  The Court sets a
    trial date for May 6, 2015.  Mr. Anderson indicated there has not
    been a formal request for a jury.  The defendant makes his demand
    in open Court.  The Court will set the matter for Jury Trial but
    made it clear that unless a written jury demand is received the
    case will go forward as a trial to the bench.  The defendant argued
    with the Court regarding the constitutionality of the Court.
    The Court sets the following deadlines:  Any motions attacking the
    constitutionality of the case is to be filed by March 15, 2015.
    Demand for Jury Trial is to be filed by April 15, 2015.  Mr.
    Anderson to respond thereafter pursuant to statute.  A final
    pretrial is set for April 20, 2015.  Jury Instructions are to be
    submitted seven days prior to trial.
    Mr. Anderson to prepare a scheduling order.


    JURY TRIAL is scheduled.
        Date: 05/06/2015
        Time: 09:00 a.m.
        Location: Room #1
                  4TH DISTRICT COURT
                  765 S. HIGHWAY 99
                  FILLMORE, UT  84631
     Before Judge: JAMES BRADY

    PRETRIAL CONFERENCE is scheduled.
        Date: 04/20/2015
        Time: 09:09 a.m.
        Location: Room #1
                  4TH DISTRICT COURT

Printed: 03/26/15 15:15:40            Page 3

```
CASE NUMBER 141700148 Other Misdemeanor
_____
                         765 S. HIGHWAY 99
                         FILLMORE, UT  84631
          Before Judge: JAMES BRADY
01-14-15 JURY TRIAL scheduled on May 06, 2015 at 09:00 AM in Room #1
         with Judge BROWN.
01-14-15 PRETRIAL CONFERENCE scheduled on April 20, 2015 at 09:09 AM in
         Room #1 with Judge BROWN.
01-15-15 Filed: Order (Proposed) Service of Subpoena Duces Tecum
01-15-15 Filed: Return of Electronic Notification
01-15-15 Filed order: Order Service of Subpoena Duces Tecum
                  Judge LYLE R ANDERSON
                  Signed January 15, 2015
01-15-15 Filed: Return of Electronic Notification
01-15-15 Filed: Notice of Entry of Scheduling Order
01-15-15 Filed: Return of Electronic Notification
02-02-15 Filed: Two Letter from Defendant - Request for Trial and His
         Right to Record The Trial
02-12-15 Judge JENNIFER A BROWN assigned.
03-16-15 Filed: Letter from Stephen L. Dean




Printed: 03/26/15 15:15:40          Page 4 (last)
```